Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   21 MC 102 (AKH)

FREDDY ASTUDILLO,                             Index No.: 07-CV-1463

                Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER
                                              TO MASTER COMPLAINT**

-against-

                                **ELECTRONICALLY FILED**

100 WALL STREET COMPANY LLC, *et al.*,

                Defendant(s).
---------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC,. by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 3, 2008

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendant
                                        BROWN BROTHERS HARRIMAN & CO., i/s/h/a
                                        BROWN BROTHERS HARRIMAN & CO., INC.

                                        By: _____
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456


TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel