UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER        :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
                                                               :
                                                               :
                                                               :
                                                               :
---------------------------------------------------------------X
FREDDY ASTUDILLO,                                  :    07-CV-01463-AKH
                                                               :
                        Plaintiff,                     :
                                                               :    **APPEARANCE**
        - against -                                       :
                                                               :    **ELECTRONICALLY FILED**
100 WALL STREET COMPANY LLC, *et al.*,    :
                                                               :
                        Defendants.                 :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                    DICKSTEIN SHAPIRO LLP
           January 18, 2008

                                            By:      /s/ Judith R. Cohen
                                                 _____
                                                 Judith R. Cohen (JC-8614)
                                                 1177 Avenue of the Americas
                                                 New York, New York 10036
                                                 Phone: (212) 277-6500
                                                 Fax: (212) 277-6501

                                                 *Attorney for Defendant*
                                                 MERRILL LYNCH & CO., INC.

DOCSNY-287411