UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE  :   21 MC 102 (AKH)
LITIGATION                            :
:
:
------------------------------------------------------------- X
:
FREDDY ASTUDILLO,                     :   07-CV-1463 (AKH)
:
Plaintiff,                            :
:
-against-                             :
:
100 WALL STREET COMPANY LLC, 55 WATER :
STREET CONDOMINIUM, 63 WALL STREET    :   **FGP 90 WEST STREET,**
INC, 63 WALL, INC., 90 CHURCH STREET  :   **INC.'S NOTICE OF**
LIMITED PARTNERSHIP, ALAN KASMAN DBA  :   **ADOPTION OF ANSWER TO**
KASCO, AMBIENT GROUP, INC., ANN TAYLOR :  **MASTER COMPLAINT**
STORES CORPORATION, BANKERS TRUST     :
COMPANY, BATTERY PARK CITY            :
AUTHORITY, BELFOR USA GROUP, INC.,    :
BLACKMON-MOORING-STEAMATIC            :
CATASTROPHE, INC. D/B/A BMS CAT, BOARD :
OF EDUCATION OF THE CITY OF NEW YORK, :
BOSTON PROPERTIES, INC., BROOKFIELD   :
FINANCIAL PROPERTIES, INC., BROOKFIELD :
PROPERTIES, LP, BROOKFIELD PARTNERS LP, :
BROOKFIELD PROPERTIES CORPORATION,    :
BROOKFIELD PROPERTIES HOLDINGS INC.,  :
BROWN BROTHERS HARRIMAN & CO., INC.,  :
BT PRIVATE CLIENTS CORP., DEPARTMENT  :
OF BUSINESS SERVICES, DEUTSCHE BANK   :
TRUST COMPANY AMERICAS, DEUTSCHE      :
BANK TRUST CORPORATION, ENVIROTECH    :
CLEAN AIR, INC., FGP 90 WEST STREET, INC., :
GPS ENVIRONMENTAL CONSULTANTS, INC.,  :
HARRAH'S OPERATING COMPANY, INC.,     :
HILLMAN ENVIRONMENTAL GROUP, LLC.,    :
HILTON HOTELS CORPORATION, INDOOR     :
ENVIRONMENTAL TECHNOLOGY, INC.,       :
KASCO RESTORATION SERVICES CO., KIBEL :
COMPANIES,                            :

NEWY1\8191650.1

| | |
|---|---|
| MANUFACTURERS HANOVER TRUST COMPANY, MERRILL LYNCH & CO., INC., MSDW 140 BROADWAY PROPERTY L.L.C., NEW WATER STREET CORP., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., RECKSON CONSTRUCTION GROUP NEW YORK, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRIBECA LANDING L.L.C., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER CO. G.P. CORP., WFP TOWER A CO., L. P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., and WFP TOWER D CO., L.P. ET AL, | : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : : |

-------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
February 4, 2008

By:    s/ Keara M. Gordon
Keara M. Gordon (KMG 2323)
Michael D. Hynes (MH 5086)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501

Robert J. Mathias (*pro hac vice application pending)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*