Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION     21 MC 102 (AKH)

_____X

FREDDY ASTUDILLO

                 **NOTICE OF**
    V.                    **ADOPTION**

100 WALL STREET COMPANY LLC, ET. AL.     CASE NUMBER: (AKH)
                                                                             07 CV 1463
_____X

      PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, the defendant RBC Dain demands judgment dismissing the above captioned action, together with their cost and disbursements.

Dated: New York, New York
        May 23, 2008

                                             Faust, Goetz, Schenker & Blee, LLP

                                             By: Ida A. Caputo (IC-9208)
                                             Attorneys for the Brookfield Parties
                                             Two Rector Street, 20th Floor
                                             New York, NY 10006
                                             (212) 363-6900